UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
GLENN W. REBENSTORF,

                Plaintiff,

    - against -                  ORDER

CITY OF NEW YORK, et al.,        CV 15-5784 (BMC)(MDG)

                Defendants.
- - - - - - - - - - - - - - - - - -X

    By order dated November 20, 2015, the Honorable Brian M. Cogan directed the Corporation Counsel for the City of New York to identify and provide an address for service upon the "John Doe" correctional officer who plaintiff alleges strip searched him at Otis Bantum Correction Center on Rikers Island. See ct. doc. 11. On March 8, 2016, Assistant Corporation Counsel Kaitlin Fitzgibbon filed a letter stating that the corrections officer plaintiff purported to name is Correction Officer Jeffrey Grant, shield number 18559, who can be served with process at CWODIV 1 (Division 1 Storehouse), 10 E 4th Street, East Elmhurst NY 11370.

    Therefore, the Amended Complaint is hereby deemed amended to substitute Correction Officer Jeffrey Grant, shield number

18559, for Correction Officer John Doe and the Clerk of Court is directed to issue a summons accordingly. The United States Marshals Service is directed to serve the summons and amended complaint upon defendant Correction Officer Jeffrey Grant, shield number 18559, at CWODIV 1 (Division 1 Storehouse), 10 E 4th Street, East Elmhurst NY 11370, without prepayment of fees.

The conference previously scheduled for March 11, 2016 is canceled. An initial conference will be set after defendant files an answer or otherwise responds to the amended complaint.

**SO ORDERED.**

Dated:    Brooklyn, New York
           March 9, 2016

                                       /s/
                                     MARILYN D. GO
                                     UNITED STATES MAGISTRATE JUDGE